## INITIAL APPEARANCE CALENDAR

Magistrate Judge : __Cheryl L. Pollak__      Date: __6/18/18__

Magistrate Case Number: ___18-548M___      LOG #: __7:11 - 7:28__

Defendant's Name:_____Igal Haimoff_____

_____ Court appointed counsel. __X__ Defendant retained counsel.

Defense Counsel: ____Susan Necheles_____ CJA:____ FDNY:____ RET: __X__

A.U.S.A. ____Nathan Reilly_____ Clerk : ____SM Yuen_____

Interpreter : _____ Language: _____

__X__ ARRAIGNMENT on Complaint held. ____ Government Agent Sworn

____ DETENTION HEARING Held: _____ Government opposed bail for reasons stated on the record.
     _X_ Bond set at __$250,000_____. __X__ Bond set on consent of both parties.

Defendant : _X_ released ____ held pending satisfaction of bond conditions.

_X_ Defendant advised of bond conditions set by the Court and signed the bond.
1 _X_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
     Ephrat Haimoff (wife)

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody. ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____ _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for:_____; or _____waived by defendant

____ Status Conference set for:_____ before Judge _____

____ Medical memo issued.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

     ____ Identity hearing held. Court ____ orders removal ____ denies removal

     ____ Defendant waives: ____ identity hearing ____ preliminary hearing

     ____ Identity/ Removal Hearing set for: _____

     ____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings:_____

_____

_____

_____